# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1218**
**CA 15-00745**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, WHALEN, AND DEJOSEPH, JJ.

---

SHERIE L. LARABY AND SCOTT P. LARABY,
PLAINTIFFS-RESPONDENTS,

V                                                           ORDER

GEOFFREY R. COULTER, DEFENDANT-APPELLANT.

---

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (JEFFREY SENDZIAK OF
COUNSEL), FOR DEFENDANT-APPELLANT.

FARACI LANGE, LLP, ROCHESTER (MATTHEW F. BELANGER OF COUNSEL), FOR
PLAINTIFFS-RESPONDENTS.

------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (J.
Scott Odorisi, J.), entered September 17, 2014.  The order granted the
motion of plaintiffs for partial summary judgment on the issues of
defendant's negligence and serious injury.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  November 13, 2015                    Frances E. Cafarell
                                               Clerk of the Court